FILED
2006 OCT 17 AM 8:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNNINGHAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>I. CLAY, Warden<br><br>　　　　　Respondent. | Civil No.  06-2168 JM (CAB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than December 6, 2006**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **For Petitioner's convenience, the Clerk of Court is directed to attach a blank motion to proceed in forma pauperis to this Order.**

IT IS SO ORDERED.

DATED: 10/16/06

　　　　　　　　　　　　　　　　　　Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge