# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

James Cunningham

                **V.**                          **JUDGMENT IN A CIVIL CASE**

I. Clay

            **CASE NUMBER:**    06cv2168-JM(CAB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because the Court has granted Petitioner's motion to dismiss his case without prejudice, the Court denies Petitioner's motion to proceed In Forma Pauperis as moot........................................................

| December 8, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                        S/ T. Lee
                                                      (By) Deputy Clerk

ENTERED ON December 8, 2006